

**ORDERED in the Southern District of Florida on May 02, 2011.**

_____
A. Jay Cristol, Judge
United States Bankruptcy Court

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                              Case No: 10-46932-AJC
ENTENZA, SAMUEL JUAN
SSN: XXX-XX-7136                                    Chapter 13
ENTENZA, ALIUSKA
SSN: XXX-XX-2009
            Debtors            /

### ORDER SUSTAINING OBJECTION TO CLAIM NUMBER 6-1 OF BASS & ASSOCIATES, P.C.

THIS CAUSE having come before the court on the 26th day of April, 2011, upon the Debtors' Objection to Claim number 6-1 of Bass & Associates, P.C., and this court having considered the basis for the objection to the claim, and being otherwise fully advised in the premises, it is;

**ORDERED** that Debtor's objection to the following claim is sustained.

Claim Number 6-1 of Bass & Associates, P.C., is stricken and disallowed.

###

**Submitted by:**
Henry Hernandez, Esq.
255 Alhambra Circle, Suite 640
Coral Gables, FL  33134
Tel: (305)447-8707
Fax: (305)447-3787

Copies furnished to:
Debtor
Nancy N. Herkert, Chapter 13 Trustee
Bass & Associates, P.C.

Henry Hernandez, Esq., shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).